Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
DEBRA A. SCHULTZ

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEBRA A. SCHULTZ,<br><br>Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant | Case No.: 2:15-cv-00804-APG-PAL<br><br>STIPULATION TO EXTEND BRIEFING SCHEDULE (First Request) |

Plaintiff Debra A. Schultz ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Reversal and/or Remand to May 6, 2016; and that Defendant shall have until June 6, 2016, to file her opposition, if any is forthcoming. Any reply by plaintiff will be due June 27, 2016.

-1-

An extension of time for plaintiff is needed in order to properly prepare plaintiff's motion addressing the legal issues within the administrative record in this matter. Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: March 22, 2016,   Respectfully submitted,

ROHLFING & KALAGIAN, LLP

BY: /s/ *Marc V. Kalagian*
_____
Marc V. Kalagian
Attorney for plaintiff DEBRA A. SCHULTZ

DATED: March 22, 2016   Daniel G. Bogden
United States Attorney

*/S/   April A. Alongi

_____
April A. Alongi
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 25, 2016

-2-